\*E-Filed  7/16/10\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.E. ROBERT COMPANY, AS SPECIAL SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-LDP10 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-LDP10,<br><br>          Plaintiff,<br>     v.<br><br>TROPHY PROPERTIES IV B8A, LLC and DOES 1-50, inclusive,<br><br>          Defendants. | No. CV 10-3086 RS<br><br>**ORDER REGARDING HEARING ON MOTION FOR APPOINTMENT OF A TEMPORARY RECEIVER OR, IN THE ALTERNATIVE, A TEMPORARY RESTRAINING ORDER** |

The Court has received plaintiff J.E. Robert Company's Emergency Motion for Appointment of a Temporary Receiver or in the Alternative, a Temporary Restraining Order, filed on July 14, 2010. A hearing on the motion is hereby set for **July 20, 2010 at 2:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. If defendant Trophy Properties IV B8A, LLC wishes to file a written response to the motion before the hearing, it is directed to do so by **July 19, 2010 at 5:00 p.m**. Plaintiff is directed to serve a copy of this Order on defendant by the close of business today, July 16, 2010.

IT IS SO ORDERED.

Dated: July 16, 2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE