SEYFARTH SHAW LLP
Scott H. Olson (State Bar No. 249956)
Mark Mengelberg (State Bar No. 200249)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
J.E. Robert Company, as Special Servicer for
Wells Fargo Bank, N.A., as Trustee for the Registered
Holders of J.P. Morgan Chase Commercial Mortgage
Securities Trust 2007-LDP10 Commercial Mortgage
Pass-Through Certificates, Series 2007-LDP10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.E. ROBERT COMPANY, AS SPECIAL SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-LDP10 COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-LDP10,<br><br>Plaintiff,<br><br>v.<br><br>TROPHY PROPERTIES IV B8A, LLC and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. C 10-3086 RS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   October 28, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 3<br>Judge: The Honorable Richard Seeborg |

Based upon the fact this Court has already appointed a receiver for the real property subject to this lawsuit,[1] and that no answer to the Complaint has been filed,

---

[1] On July 23, 2010, this Court entered an Order appointing a receiver for the multi-family properties located at (a) 755-757 Green Street, San Francisco, CA, (b) 940-949 Hayes Street, San Francisco, CA, (c) 720 Jones Street, San Francisco, CA, (d) 815 O'Farrell Street, San Francisco, CA, (e) 1705 Octavia Street, San Francisco, CA, (f) 626 Powell Street, San Francisco, CA, (g) 1085 South Van Ness Avenue, San Francisco, CA, and (h) 1155 Jones Street, San Francisco, CA.

1    IT IS HEREBY STIPULATED by and between Plaintiff J.E. Robert Company, as
2  Special Servicer for Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P.
3  Morgan Chase Commercial Mortgage Securities Trust 2007-LDP10 Commercial Mortgage Pass-
4  Through Certificates, Series 2007-LDP10 ("J.E. Robert Company") and Defendant TROPHY
5  PROPERTIES IV B8A, LLC ("Trophy") that the Case Management Conference presently set for
6  October 28, 2010 at 10:00 a.m. may be continued to a date approximately four months from the
7  presently set Case Management Conference.  The parties hereby reserve all rights.

8  DATED: October 18, 2010                         SEYFARTH SHAW LLP

                                                   By      /s/
                                                        Scott H. Olson
                                                   Attorneys for Plaintiff
                                                   J.E. Robert Company, as Special Servicer for
                                                   Wells Fargo Bank, N.A., as Trustee for the
                                                   Registered Holders of J.P. Morgan Chase
                                                   Commercial Mortgage Securities Trust 2007-
                                                   LDP10 Commercial Mortgage Pass-Through
                                                   Certificates, Series 2007-LDP10

   DATED: October 18, 2010

                                                   By      /s/
                                                        Ed Singer
                                                   Attorneys for Defendant
                                                   TROPHY PROPERTIES IV B8A, LLC

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED, pursuant to the Stipulation, that the Case Management Conference referenced above is continued to _____ March 3 _____, 2011, at __10:00__ a.m./~~p.m.~~

Dated: 10/19/10

_____
/s/ Richard Seeborg
Judge Richard Seeborg