1  SEYFARTH SHAW LLP
   Scott H. Olson (State Bar No. 249956)
2  Mark Mengelberg (State Bar No. 200249)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Plaintiff
   J.E. Robert Company, as Special Servicer for
6  Wells Fargo Bank, N.A., as Trustee for the Registered
   Holders of J.P. Morgan Chase Commercial Mortgage
7  Securities Trust 2007-LDP10 Commercial Mortgage
   Pass-Through Certificates, Series 2007-LDP10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E. ROBERT COMPANY, AS SPECIAL SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-LDP10 COMMERCIAL MORTGAGE  PASS-THROUGH CERTIFICATES, SERIES 2007-LDP10,<br><br>Plaintiff,<br><br>v.<br><br>TROPHY PROPERTIES IV B8A, LLC and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. C 10-3086 RS<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

Plaintiff J.E. Robert Company, as Special Servicer for Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDP10 Commercial Mortgage Pass-Through Certificates, Series 2007-LDP10 ("Plaintiff"), has completed a non-judicial foreclosure against Trophy Properties IV B8A, LLC ("Defendant") and desires to dismiss this case at this time without prejudice.  On August 5, 2011, the Court entered an order discharging the receiver.  No counterclaims, or any other filings, have been filed

Case 3:10-cv-03086-RS   Document 40   Filed 09/19/11   Page 2 of 2

by Defendant, and therefore a Request for Dismissal and Order is the appropriate document to resolve this matter in its entirety.

Wherefore, Plaintiff respectfully requests that this Honorable Court dismiss this matter without prejudice.

DATED: September 19, 2011                    SEYFARTH SHAW LLP

By: /s/ Scott H. Olson
    Scott H. Olson
    Mark Mengelberg

Attorneys for Plaintiff
J.E. Robert Company, as Special Servicer for Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDP10 Commercial Mortgage Pass-Through Certificates, Series 2007-LDP10

### **ORDER FOR DISMISSAL WITHOUT PREJUDICE**

In consideration of the Request for Dismissal by Plaintiff, and the resolution of this case, and for good cause, this matter is hereby dismissed without prejudice.

Dated: 9/19/11

Hon. Richard Seeborg
United States District Court Judge

13641907v.1

2
Request for Dismissal Without Prejudice and Order Thereon / Case No. C 10-3086 RS